IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARIO LEBRÓN-CACERES,<br><br>   Defendant. | CRIMINAL NO. 15-279 (PAD) |

### ERRATA SHEET

The Opinion and Order issued on January 14, 2016, at Docket No. 30, is amended *nunc pro tunc*, as follows:

On page 18, replace "Section 2241(a)" with "Section 2422(a)."

On page 36, replace "Section 2242(a)" with "Section 2422(a)."

The amended Opinion and Order is attached.